IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ALLEN ALPHONZO ADAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 5:12-CV-321(MTT) |
| | ) |
| ROBERT HENDERSON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Stephen Hyles. (Doc. 18). After screening the Complaint pursuant to 28 U.S.C. § 1915A, the Magistrate Judge recommends dismissing Defendant County Commissioner Robert Henderson because the Plaintiff has not alleged that Henderson has any knowledge of or control over mailing procedures at state prisons in order to sustain his First Amendment access to the courts claim against Henderson. Further, the Magistrate Judge recommends dismissing Defendants Judge W. Louis Sands and Magistrate Judge Thomas Q. Langstaff because they are entitled to absolute immunity for actions taken in their judicial capacity. The Magistrate Judge also recommends dismissing the claim against Defendant Assistant Warden June Bishop regarding her alleged plot to murder the Plaintiff as frivolous and fanciful. Finally, the Magistrate Judge recommends dismissing any Eighth Amendment claim regarding inadequate medical care that the Plaintiff seeks to raise because the Plaintiff named no Defendants

in relation to this claim, and the Plaintiff did not allege what kind of care he was denied or how he suffered as a result.  The Plaintiff filed an objection to the Recommendation. (Doc. 24).  Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered the Plaintiff's Objection and has made a de novo determination of the portions of the Recommendation to which the Plaintiff objects.

The Recommendation is adopted and made the order of this Court.  Defendants Robert Henderson, Thomas Q. Langstaff, and W. Louis Sands are **DISMISSED**.  The Plaintiff's claim against Bishop alleging a murder plot and his Eighth Amendment claim are **DISMISSED**.  The claims against the remaining Defendants shall proceed.

**SO ORDERED**, this the 16th day of October, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
