IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ALLEN ALPHONZO ADAMS,　　　　)
　　　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　　)
　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　)　　　CIVIL ACTION NO. 5:12-CV-321(MTT)
　　　　　　　　　　　　　　　　)
ASSISTANT WARDEN JUNE BISHOP,)
*et al.*,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　Defendants.　　　　　　 )
_____)


### ORDER

Plaintiff Allen Alphonzo Adams, a prisoner currently confined at Georgia Diagnostic & Classification Prison in Jackson, Georgia, has filed a Motion for Leave to Appeal *in forma pauperis* (Doc. 57) from several Orders. (Docs. 3, 18, 19, 20, and 37). In the Court's best judgment, an appeal from those Orders cannot be taken in good faith. The Plaintiff's Motion for Leave to Appeal *in forma pauperis* is accordingly **DENIED**. *See* 28 U.S.C. § 1915(a)(3) ("An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith."); Fed. R. App. P. 24(a)(3) ("A party who was permitted to proceed in forma pauperis in the district-court action … may proceed on appeal *in forma pauperis* … unless … the district court … certifies that the appeal is not taken in good faith.").

If the Plaintiff wishes to proceed with his appeal, he must pay the entire $455.00 appellate filing fee. Because the Plaintiff has indicated that he cannot pay the $455.00 immediately, he must pay using the partial payment plan described under 28 U.S.C. §

1915(b). Pursuant to § 1915(b), the prison account custodian where the Plaintiff is incarcerated shall cause to be remitted to the Clerk of this Court monthly payments of 20% of the preceding month's income credited to the Plaintiff's account until the $455.00 appellate filing fee has been paid in full. Twenty percent of any deposits into the prisoner's account shall be withheld by the prison account custodian who, on a monthly basis, shall forward the amount withheld from the prisoner's account to the Clerk of this Court each time the amount in the account exceeds $10.00 until the total filing fee of $455.00 has been paid. Checks should be made payable to "Clerk, U.S. District Court."

The Clerk of Court shall mail a copy of this Order to the custodian of the prison in which the Plaintiff is presently incarcerated.

**SO ORDERED**, this the 14th day of December, 2012.

> S/ Marc T. Treadwell
> MARC T. TREADWELL, JUDGE
> UNITED STATES DISTRICT COURT