**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **ALLEN ALPHONZO ADAMS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:12-CV-321(MTT)** |
| | ) | |
| **ASSISTANT WARDEN JUNE BISHOP,)** | | |
| *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____) | | |

**ORDER**

Plaintiff Allen Alphonzo Adams, a prisoner currently confined at Georgia Diagnostic & Classification Prison in Jackson, Georgia, has filed a Motion for Leave to Appeal *in forma pauperis* (Doc. 74) from this Court's Order (Doc. 65).  In the Court's best judgment, an appeal from that Order cannot be taken in good faith.  The Plaintiff's Motion for Leave to Appeal *in forma pauperis* is accordingly **DENIED**.  *See* 28 U.S.C. § 1915(a)(3) ("An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith."); Fed. R. App. P. 24(a)(3) ("A party who was permitted to proceed in forma pauperis in the district-court action … may proceed on appeal *in forma pauperis* … unless … the district court … certifies that the appeal is not taken in good faith.").

If the Plaintiff wishes to proceed with his appeal, he must pay the entire $455.00 appellate filing fee.  Because the Plaintiff has indicated that he cannot pay the $455.00 immediately, he must pay using the partial payment plan described under 28 U.S.C.

§ 1915(b).  Pursuant to § 1915(b), the prison account custodian where the Plaintiff is incarcerated shall cause to be remitted to the Clerk of this Court monthly payments of 20% of the preceding month's income credited to the Plaintiff's account until the $455.00 appellate filing fee has been paid in full.  Twenty percent of any deposits into the prisoner's account shall be withheld by the prison account custodian who, on a monthly basis, shall forward the amount withheld from the prisoner's account to the Clerk of this Court each time the amount in the account exceeds $10.00 until the total filing fee of $455.00 has been paid.  Checks should be made payable to "Clerk, U.S. District Court."

The Clerk of Court shall mail a copy of this Order to the custodian of the prison in which the Plaintiff is presently incarcerated.

**SO ORDERED**, this the 19th day of March, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT