IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ALLEN ALPHONZO ADAMS, | ) |
| Plaintiff, | ) |
| v. | )  CIVIL ACTION NO. 5:12-CV-321(MTT) |
| ASSISTANT WARDEN JUNE BISHOP, *et al.*, | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the Plaintiff's motion for new trial pursuant to Fed. R. Civ. P. 59. (Doc. 88). This motion is completely without merit given that the Court never held a trial in this case. Accordingly, the motion is **DENIED**.

**SO ORDERED**, this the 11th day of October, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT