IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ALLEN ALPHONZO ADAMS,            )
                                 )
      Plaintiff,              )
                                 )
v.                               )   CIVIL ACTION NO. 5:12-CV-321(MTT)
                                 )
ASSISTANT WARDEN JUNE BISHOP,)
*et al.*,                        )
                                 )
      Defendants.             )
_____)

## ORDER

This matter is before the Court on the Plaintiff's notice of hearing (Doc. 102) and second special demurrer (Doc. 110). The Plaintiff's motions appear to request a hearing in his case and complain about litigation costs charged to his prisoner account. The Plaintiff has been advised several times that his case is closed and no further reconsideration would be entertained. Further, the Plaintiff has not presented any evidence that the costs of filing fees or any related expenses of litigation have been improperly assessed against his prisoner account pursuant to 28 U.S.C. 1915(b). Accordingly, the motions are **DENIED**.

    **SO ORDERED**, this the 29th day of August, 2014.

                              S/ Marc T. Treadwell
                              MARC T. TREADWELL, JUDGE
                              UNITED STATES DISTRICT COURT